UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
OMO DEOKORO,

                              Petitioner,

      -against-

HAROLD D. GRAHAM,

                              Respondent.
-----------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 1 2019 ★

BROOKLYN OFFICE

NOT FOR PUBLICATION
**ORDER**
16-CV-5487 (CBA) (LB)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Lois

Bloom, United States Magistrate Judge, for the instant habeas action filed by Petitioner Omo

Deokoro pursuant to 28 U.S.C. § 2254. In an R&R dated November 15, 2017, Magistrate Judge

Bloom recommended that this Court deny the petition, the issuance of a certificate of appealability,

and leave for Petitioner to file his appeal in forma pauperis. (D.E. # 14.)

No party has objected to the R&R, and the time for doing so has passed. When deciding

whether to adopt an R&R, the Court "may accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those

portions of the R&R "to which no timely objection has been made, a district court need only satisfy

itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P.,

823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting Wilds v. United Parcel Serv., 262 F. Supp. 2d

163, 169 (S.D.N.Y. 2003)).

After reviewing the record, the Court adopts Magistrate Judge Bloom's well-reasoned

R&R. Accordingly, the Court DENIES the habeas petition. Because Petitioner has not made a

substantial showing of the denial of any constitutional right, the Court declines to issue a certificate

of appealability. See 28 U.S.C. § 2253: Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir.

1997), abrogated on other grounds by United States v. Perez, 192 F.3d 255, 259–60 (2d Cir. 1997).

1

Pursuant to 28 U.S.C. § 1915(a)(3), this Court denies Petitioner leave to file an appeal in forma pauperis, certifying that any appeal from this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 443–45 (1962).

SO ORDERED.

Dated: February 11, 2019
Brooklyn, New York

s/Carol B. Amon

Carol Bagley Amon
United States District Judge